# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

| IN RE: | CASE NO: 8−10−78385−dte |
|---|---|
| Linda F Dellisola<br>aka Isola Linda Dell<br>aka Linda Dell'Isola<br>dba Groomingdale's Pet Spa Inc. | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:<br>xxx−xx−1680 | CHAPTER: 7 |
| DEBTOR(s) | |

## NOTICE OF AMENDED CAPTION (NAME)

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above captioned debtor(s) having filed a petition in bankruptcy under Chapter 7 of the United States Bankruptcy Code on October 25, 2010 and an order having been entered by the Honorable Dorothy Eisenberg on December 1, 2010 amending the caption.

The caption is amended as set forth below:

| IN RE: | CASE NO: 8−10−78385−dte |
|---|---|
| Linda Dellisola aka Isola Linda Dell aka Linda Dell'Isola aka Linda DeProspo | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:<br>xxx−xx−1680 | CHAPTER: 7 |
| DEBTOR(s) | |

Notice is further given that the time to file a complaint objecting to the debtors discharge or the dischargeability of a debt is extended to and including January 31, 2011.

Notice is further given that the credit reporting agencies Equifax, Experian and Trans Union Corporation are directed to change their records to reflect the correct caption of the bankruptcy filed by the above−named Debtor(s).

Dated: December 1, 2010

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnac** [Notice of Amended Caption (Name) 1/26/04]

# CERTIFICATE OF NOTICE

```
District/off: 0207-8           User: smarcus              Page 1 of 2              Date Rcvd: Dec 01, 2010
Case: 10-78385                 Form ID: 230               Total Noticed: 51
```

The following entities were noticed by first class mail on Dec 03, 2010.
```
db          +Linda F Dellisola,    142 Litchfield Avenue,    Babylon, NY 11702-2005
aty         +Allison M Ramos,    Law Office of Allison M. Ramos,    1111 Route 110,    Suite 359,
              Farmingdale, NY 11735-4820
tr          +Neil H Ackerman,    Barton Barton & Plotkin LLP,    420 Lexington Avenue,    New York, NY 10170-0002
smg          Equifax,    P.O. Box 105873,    Atlanta, GA 30348-5873
smg         +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
              Brooklyn, NY 11201-3719
smg         +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg         +NYS Unemployment Insurance,    Attn: Isolvency Unit,    Bldg. #12, Room 256,
              Albany, NY 12240-0001
smg          Trans Union Corporation,    P.O. Box 1000,    Chester, PA 19016-1000
smg         +United States Trustee,    Office of the United States Trustee,    Long Island Federal Courthouse,
              560 Federal Plaza,    Central Islip, NY 11722-4456
6936656     +ACI,    2420 SWEET HOME ROAD,    SUITE 150,    AMHERST, NY 14228-2244
6936657     +ALLIANCE ONE,    PO BOX 60500,    CITY OF INDUSTRY,CA 91716-0500
6936658     +BANK OF AMERICA,    PO BOX 15222,    WILMINGTON, DE 19886-5222
6936659     +BANK OF AMERICA,    PO BOX 15222,    WILMINTON, DE 19886-5222
6936660     +CAPITAL ONE,    PO BOX 105474,    ATLANTA, GA 30348-5474
6936661     +CARD MEMBER SERVICES,    PO BOX 15153,    WILMINGTON, DE 19886-5153
6936662     +CARDMEMBER SERVICE,    PO BOX 15153,    WILMINGTON, DE 19886-5153
6936663     +CBE GROUP,    PO BOX 2594,    WATERLOO, IA 50704-2594
6936664     +CHRISTOPHER GARGIULO, CPA,    70 GEORGE STREET,    BABYLON, NY 11702-2912
6936665    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,    5225 Crooks Road,    Ste 140,    Troy, MI 48098)
6936666     +CLIENT SERVICES, INC.,    PO BOX 1503,    ST. PETERS, MO 63376-0027
6936667     +CREDIT ONE BANK,    PO BOX 60500,    CITY OF INDUSTRY,CA 91716-0500
6936668     +Department Store National,    701 E 60th St,    Sioux Falls, SD 57104-0432
6936669     +FREDERICK J. HANNA & ASSOCIATES, P.C.,    1427 ROSWELL ROAD,    MARIETTA, GA 30062-3668
6936670     +GC SERVICES LIMITED PARTN,    PO BOX 60500,    CITY OF INDUSTRY,CA 91716-0500
6936671     +GMAC Mortgage,    P.O. Box 9001719,    Louisville, KY 40290-1719
6953885     +GMAC Mortgage, LLC,    c/o Steven J. Baum, P.C.,    900 Merchants' Concourse, Suite 412,
              Westbury, NY 11590-5114
6936672     +GOLDMAN & WARSHAW,    34 MAPLE AVENUE,    SUITE 101,    PINE BROOK, NJ 07058-9394
6936674     +LORD & TAYLOR/ GEMB,    PO BOX 960035,    ORLANDO, FL 32896-0035
6936675     +MACY'S VISA,    PO BOX 689194,    DES MOINES, IA 50368-9194
6936676     +Matthew P. Dell'Isola,    142 Litchfield Avenue,    Babylon, NY 11702-2005
6936677     +NAFS,    PO Box 9027,    Williamsville, NY 14231-9027
6936678     +NCO FINANCIAL SYSTEMS INC,    PO BOX 60500,    CITY OF INDUSTRY,CA 91716-0500
6936680     +NCO FINANCIAL SYSTEMS, INC.,    PO BOX 15391,    WILMINGTON, DE 19850-5391
6936679     +NCO FINANCIAL SYSTEMS, INC.,    PO BOX 15630,    DEPT 72,    WILMINGTON, DE 19850-5630
6936681     +NCO Financial Systems, Inc.,    P.O. Box 15889,    Wilmington, DE 19850-5889
6936682     +NEW YORK & COMPANY,    PO BOX 659728,    SAN ANTONIO, TX 78265-9728
6936683     +NORTHSTAR LOCATION SERVIC,    4285 GENESEE STREET,    CHEEKTOWAGA, NY 14225-1943
6936684     +RAB INC.,    PO BOX 34111,    MEMPHIS, TN 38184-0111
6936686     +RMS,    PO BOX 5471,    MOUNT LAUREL, NJ 08054-5471
6936687     +Steven J. Baum, P.C.,    220 Northpointe Parway,    Suite G,    Amherst, NY 14228-1894
6936690     +TRITIUM CARD SERVICE,    865 MERRICK AVENUE,    4TH FLOOR,    WESTBURY, NY 11590-6695
6936688     +Teachers Federal Credit U,    2410 North Ocean Avenue,    Farmingville, NY 11738-2903
6936691     +VALENTINE & KEBARTAS, INC.,    PO BOX 325,    LAWRENCE, MA 01842-0625
6936693     +WORLD FINANCIAL NETWORK NAT. BANK,    PO BOX 182273,    COLUMBUS, OH 43218-2273
6936694     +YELLOW BOOK MID-ATLANTIC,    PO BOX 11815,    NEWARK, NJ 07101-8115
6971124     +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
              Timonium, Maryland 21094-5126
```

The following entities were noticed by electronic transmission on Dec 01, 2010.
```
smg         +E-mail/Text: ustpregion02.li.ecf@usdoj.gov                           United States Trustee,
              Office of the United States Trustee,    Long Island Federal Courthouse,    560 Federal Plaza,
              Central Islip, NY 11722-4456
6954210      E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2010 19:30:35      GE Money Bank,
              c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
6936673     +E-mail/PDF: cr-bankruptcy@kohls.com Dec 01 2010 20:00:03      KOHL'S,    PO BOX 2983,
              MILWAUKEE, WI 53201-2983
6936685     +E-mail/Text: ramoffatt@rgcattys.com                           Relin, Goldstein & Crane, LLP,
              28 East Main Street,    Suite 1800,    Rochester, New York 14614-1989
6936689     +E-mail/Text: JPF-EBN@jpfryelaw.com                           THE LAW OFFICE OF JOHN P. FRYE, P.C.,
              PO BOX 13665,    ROANOKE, VA 24036-3665
6936692     +E-mail/PDF: BankruptcyVerizonEast@afninet.com Dec 01 2010 19:39:57      VERIZON NEW YORK INC.,
              500 TECHNOLOGY DRIVE,    WELDON SPRING, MO 63304-2225
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg          ##Experian,    P.O. Box 2104,    Allen, TX 75013-9504
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2010**                                    **Signature:**    _Joseph Speetjens_